IN RE Copp, William G. & Copp, Mellisa L.          Case No. _____
                                                   Debtor(s)                                     (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Checking Account - TD Bank | 11 USC § 522(d)(5) | 800.00 | 800.00 |
| Savings Account - TD Bank | 11 USC § 522(d)(5) | 87.00 | 87.00 |
| Savings Account - TD Bank joint with daughter | 11 USC § 522(d)(5) | 60.00 | 60.00 |
| Savings Account - TD Bank joint with son | 11 USC § 522(d)(5) | 40.00 | 40.00 |
| Misc. Household goods & furniture | 11 USC § 522(d)(3) | 3,500.00 | 3,500.00 |
| Misc. Men's and Women's Clothing | 11 USC § 522(d)(3) | 600.00 | 600.00 |
| Misc. Women's & Men's Wedding Bands | 11 USC § 522(d)(4) | 300.00 | 300.00 |
| 1995 Toyota Corrola 175k miles, poor condition no loan | 11 USC § 522(d)(2) | 695.00 | 695.00 |
| 2000 Chrysler Concorde 150k miles, poor condition no loan | 11 USC § 522(d)(2) | 720.00 | 720.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*