IN RE Copp, William G. & Copp, Mellisa L.                        Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx xxxx xxxx 9734 <br> Advanced Call Center Technologies, LLC <br> Re: Legal Dept. <br> P.O. Box 8457 <br> Gray, TN 37615 | | H | Collection Agency for FIA Card Services <br> Original creditor: Bank of America | | | | 183.00 |
| ACCOUNT NO. 41-512427 <br> Advanced Diagnostic Imaging <br> Re: Bankruptcy Dept. <br> P.O. Box 1849 <br> Lewsiton, ME 04241-1849 | | W | Medical services provided on 12/8/10 | | | | 36.00 |
| ACCOUNT NO. 431307299937xxxx <br> Bank of America <br> Re: Bankruptcy Dept. <br> P.O. Box 21846 <br> Greensboro, NC 27420-1846 | | H | Credit card last used on _____ | | | | 2,294.00 |
| ACCOUNT NO. 11-CV-11069 <br> Beliveau, Fradette, Doyle, & Gallant <br> Re: Bankruptcy Dept. <br> P.O. Box 3150 <br> Manchester, NH 03105-3150 | | H | Collection Agency for Granite State Credit Union | | | | 32,937.47 |

___4___ continuation sheets attached

Subtotal (Total of this page) $ 35,450.47

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Copp, William G. & Copp, Mellisa L.   Case No. _____
           Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. V1632798, V1634902,<br>Benuck & Rainey, Inc.<br>Re: Bankruptcy Dept.<br>221 Old Concord Tpke<br>Barrington, NH 03825 | | W | Medical services provided on 12/6/10 - 12/8/10 | | | | 1,282.61 |
| ACCOUNT NO. 330695xxxxx<br>Citizens Bank<br>Re: Legal Dept<br>1 Citizens Drive<br>Riverside, RI 02915 | | H | Credit card last used on _____ | | | | 671.00 |
| ACCOUNT NO. 501-8568599-001<br>Dell Financial Services<br>Re: Legal Dept.<br>P.O. Box81577<br>Austin, TX 78708-1577 | | H | balance due on acocunt | | | | 251.60 |
| ACCOUNT NO. 577241086<br>Diversified Adjustment Service, Inc.<br>Re: Legal Dept.<br>P.O. Box 32145<br>Fridley, MN 55432-0145 | | J | balance due on account | | | | 528.65 |
| ACCOUNT NO. 861112<br>Electromedical Associates, Inc.<br>Re: Legel Dept.<br>P.O. Box 473<br>Amherst, NH 03031-0473 | | W | Medical services provided on 6/16/2010 | | | | 33.00 |
| ACCOUNT NO. 43187<br>Electromedical Associates, Inc.<br>Re: Legel Dept.<br>P.O. Box 473<br>Amherst, NH 03031-0473 | | W | Medical services provided on 4/15/08 | | | | 214.00 |
| ACCOUNT NO. 553574<br>Electromedical Associates, Inc.<br>Re: Legel Dept.<br>P.O. Box 473<br>Amherst, NH 03031-0473 | | H | Medical services provided on 3/08 | | | | 138.00 |

Sheet no. __1__ of __4__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 3,118.86

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Copp, William G. & Copp, Mellisa L.     Case No. _____
                                      Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. V1632798<br>Exeter Hospital<br>Re: Bankruptcy Dept.<br>P.O. Box 473<br>Amherst, NH 03031 | | W | Medical services provided on 12/6/10 | | | | 1,097.13 |
| ACCOUNT NO. V1219769<br>Exeter Hospital, Inc.<br>Re: Bankruptcy Dept.<br>7 Holand Way, 2nd Floor<br>Exeter, NH 03833 | | W | Medical services provided on 4/15/08 | | | | 1,037.56 |
| ACCOUNT NO. 412867138640<br>FMS<br>Re: Legal Dept.<br>P.O. Box 707601<br>Tulsa, OK 74170-7601 | | W | Collection Agency for Macy's | | | | 787.90 |
| ACCOUNT NO. 6032203484168348<br>GE Money Bank / Walmart<br>Re: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076 | | W | Credit card last used _____ | | | | 485.37 |
| ACCOUNT NO. 10061219-04<br>Granite State Credit Union<br>Re: Legal Dept.<br>P.O. Box 6420<br>Manchester, NH 03101 | | H | Deficiency owed on 2002 Chevy Venture | | | | 4,166.64 |
| ACCOUNT NO.<br>Granite State Credit Union<br>Re: Legal Dept.<br>P.O. Box 6420<br>Manchester, NH 03101 | | J | deficiency owed on reposession of 2007 Dodge Ran 1500 | | | | 5,000.00 |
| ACCOUNT NO. 6393050487413xxxx<br>Kohl's<br>Re: Bankruptcy Dept.<br>P.O. Box 3115<br>Milwaukee, WI 53201 | | W | Credit card last used on _____ | | | | 1,029.00 |

Sheet no. __2__ of __4__ continuation sheets attached to                                                            Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)   $   13,603.60

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Copp, William G. & Copp, Mellisa L. _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 202905, 234121 <br> Lamprey Health Care, Inc <br> Re: Legal Dept. <br> 205 South Main Street <br> Newmarket, NH 03857-1843 | | W | Medical services provided on 3/08 - 4/08 | | | | 37.50 |
| ACCOUNT NO. V1100984 <br> Marcam Associates <br> Re: Bankruptcy Dept. <br> 396 High Street, Suite 2 <br> Somersworth, NH 03878 | | W | Collection Agency for Exeter Hospital | | | | 282.82 |
| ACCOUNT NO. 853802866 <br> Midland Credit Managment <br> Re: Bankruptcy Dept. <br> 8875 Aero Drive, Suite 2000 <br> San Diego, CA 92123 | | W | Collection Agency for GE Money Bank | | | | 693.99 |
| ACCOUNT NO. xxxx xxxx xxxx 5252 <br> NCO Financial Systems, Inc. <br> Re: Bankruptcy Dept. <br> 507 Prudential Road <br> Horsham, PA 19044 | | W | Collection Agency for Capital One Bank | | | | 1,029.27 |
| ACCOUNT NO. 4313-0720-9248-9734 <br> Niederman, Stanzel, & Lindsey <br> Re: Bankruptcy Dept. <br> 55 West Webster Street <br> Manchester, NH 03104 | | H | Collection Agency for FIA Card <br> Original creditor: Bank of America, Cavalry Portfolio Services, LLC | | | | 2,787.28 |
| ACCOUNT NO. 199699 <br> Northeast Dermatology Associates <br> Re: Legal Dept. <br> 3 Dundee Park, Suite 202B <br> Andover, MA 01810-3723 | | W | Medical services provided on 4/08 - 6/08 | | | | 1,449.00 |
| ACCOUNT NO. 0005710 <br> Phillips Exeter Academy <br> Re: Legal Dept. <br> 20 Main Street <br> Exeter, NH 03833 | | J | balance due on acocunt | | | | 4,589.52 |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 10,869.38

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Copp, William G. & Copp, Mellisa L. _____ Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P53300888, 7198217433, P5<br>Quest Diagnostics<br>Re: Bankruptcy<br>P.O. Box 7306<br>Hollister, MO 65673-7306 | | W | Medical services provided on 6/10/08 & 5/2/11 | | | | 521.84 |
| ACCOUNT NO. 3306957536-T<br>Richard J. Boudreau & Asscoaites, LLC<br>Re: Legal Dept.<br>6 Manor Parkway<br>Salem, NH 03079 | | J | Collection Agency for Citizens Bank | | | | 500.00 |
| ACCOUNT NO.<br>Scott Crowther<br>Re: Legal Dept.<br>3 Adam Court<br>Salem, NH 03079 | | J | Collection Agent for New England Predators 2011 - 2012 Hockey tuition | | | | 1,200.00 |
| ACCOUNT NO. 48054117761<br>Seacoast Pathology, Inc.<br>Re: Legal Dept.<br>P.O. Box 100519<br>Atlanta, GA 30384-0519 | | W | Medical services provided on 12/10 & 4/4/11 | | | | 66.25 |
| ACCOUNT NO. 747752329<br>Sprint<br>Re: Bankrupcty Dept.<br>P.O. Box 105243<br>Atlanta, GA | | J | balance due on account | | | | 643.66 |
| ACCOUNT NO. 1590N0002073816<br>Transworld Systems<br>Re: Bankruptcy Dept.<br>P.O. Box 1864<br>Santa Rosa, CA 95402 | | H | Collection Agency for Core Physicians Services Medical services provided on 12/98 | | | | 189.00 |
| ACCOUNT NO. 20189790<br>UMass Memorial Medical Center<br>Re: Legal Dept.<br>P.O. Box 41309<br>Nashville, TN 37204 | | W | Medical services provided on 3/08 | | | | 38.00 |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,158.75

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 66,201.06

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only